# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-23-00112-CV

**Gary Wayne Inmon, Appellant**

**v.**

**Christine Ann DeArmond, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. C2020-0052B, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on May 1, 2023.  On June 7, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by June 19, 2023, would result in the dismissal of this appeal for want of prosecution.  To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Prosecution

Filed:  August 2, 2023